**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GREGG BOGOSIAN and THADOSHA
BOGOSIAN and A.B.,
a minor child, by and through her parents
and natural guardians, Gregg Bogosian and
Thadosha Bogosian,

        Plaintiffs


      v.                         C.A. No. 14-080-ML


RHODE ISLAND AIRPORT CORPORATION
(T.F. GREEN AIRPORT); OFFICER STEPHEN E.
REIS; SERGEANT CHARLES E. HALL;
OFFICER JOHN KINGSTON; and OFFICER
JOHN DOE,

        Defendants


**MEMORANDUM AND ORDER**

This matter is before the Court on review of a Report and
Recommendation ("R&R") issued by Magistrate Judge Sullivan on June
5, 2017 (ECF No. 136), in which she recommends that the Court deny
the motion of Gregg Bogosian ("Bogosian") for leave to proceed *in
forma pauperis* (ECF No. 128). Bogosian filed his "Response and
Objections" to the R&R on June 20, 2017 (ECF No. 138). Although
Bogosian states therein that his IFP motion "is hereby withdrawn
under duress," Pltf.'s Obj. at 7, he also strenuously disputes some
of the facts on which the Magistrate Judge's recommendation is
based.

1

The Court reviews *de novo* those portions of the R&R to which a timely objection has been made. <u>See</u> Fed. R. Civ. P. 72(b). The Court has thoroughly reviewed and considered the R&R, Bogosian's objection thereto, Bogosian's motion for IFP (ECF No. 128) and the Defendants' response in opposition to Bogosian's motion (ECF Nos. 129, 130). Having done so, the Court now adopts the R&R in its entirety.

As rightly noted in the R&R, nine days after filing the instant motion, Bogosian and his wife appealed from a judgment in favor of the Defendants and arranged for payment of the $505 filing fee. R&R at 1. Consequently, the case is now on appeal. Moreover, the record reveals that the Plaintiffs are a married couple living together; that Bogosian's wife is gainfully employed; and that Bogosian owns a car and worked as an Uber driver last year. Under those circumstances, Bogosian does not qualify for *in forma pauperis* status.

Accordingly, Bogosian's motion for leave to proceed in *forma pauperis* is DENIED.


SO ORDERED.

<u>/s/ Mary M. Lisi</u>
Senior United States District Judge

June 26, 2017